Díaz, Apelante, *v.* Gafarele, Apelado.

Corte de Distrito de San Juan, Sección Segunda.

No. 2645.—Resuelto en noviembre 20, 1922.

La demanda de divorcio se funda en trato cruel e injurias graves consistentes en repetidos insultos de la esposa

al esposo que hacían imposible la vida matrimonial. La contestación negó los hechos que le perjudicaban y en el juicio la prueba resultó contradictoria, habiendo resuelto la corte el conflicto en contra del demandante y declarando sin lugar la demanda.

Examinadas las pruebas no creemos que se ha demostrado error alguno, ni que la corte procediera con pasión, prejuicio o parcialidad al apreciarlas. La moción de la parte apelada solicitando la desestimación del recurso no es necesario resolverla ya que por la presente se confirma la sentencia apelada.

El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.